No. 79–5487.  ROBINSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6821.  STANLEY v. MABRY, CORRECTION COMMISSIONER.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN would grant certiorari.

No. 79–182.  WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA v. GUNSBY.  C. A. 5th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 79–450.  NEW YORK v. JONES.  Ct. App. N. Y.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 79–298.  RUSSELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–362.  HALL, CORRECTIONS COMMISSIONER v. PETTIJOHN.  C. A. 1st Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–428.  HUNT v. NORTHWEST AIRLINES, INC.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.†

No. 78–1504.  CRUZ v. UNITED STATES, ante, p. 898; and
No. 78–6424.  PONTING v. CALIFORNIA, ante, p. 845.  Petitions for rehearing denied.

---

†See also note, supra, p. 938.